[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11863
Non-Argument Calendar

_____

D.C. Docket No. 1:18-cr-00027-LAG-TQL-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC TOWNSEND,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(September 17, 2020)

Before GRANT, LUCK, and BRASHER, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (a district court's comments at sentencing cannot alter the validity of the appeal waiver).